### JONES & MANN *vs.* SAVAGE.

An *attorney* is liable to costs to the amount of $100, when he prosecutes a suit for a non-resident plaintiff, although on the retainer of a resident citizen.

A RULE was asked for in this case that the attorney for the plaintiffs, who reside in England, pay $100 of the defendant's costs. 2 *R. S.* 620, § 7. The motion was opposed on the ground that the attorney was retained by a citizen of this state, by whose direction the suit was prosecuted, and as the defendant could proceed against him to enforce the payment of the costs, it was argued that the attorney ought not to be held liable.

February 20.

*By the Court,* SUTHERLAND, J. This very question of the liability of the attorney to costs, was under consideration when this case was before us on a motion for a new trial, and it was then held that he was liable. 6 *Wendell,* 660. From the case then presented to us it appeared, not only that the attorney was retained by, but that the suit was prosecuted for the benefit of a resident of the state. So in *Waring* v. *Barret,* 2 *Cowen,* 460, we granted a rule against the attorney, although the *real* plaintiff, one Brady, was a resident of the state.

Motion granted.